IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DENISE WEBB, on behalf of minors and state wards Stephany R. Butler and Derrick L.S. Bradley/Butler,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF NEBRASKA, LINDA PORTER, LINCOLN PUBLIC SCHOOL, LINCOLN POLICE DEPT., and STATE FOSTER BOARD,**<br><br>Defendants. | CASE NO. 4:10CV3257<br><br><br><br><br>MEMORANDUM<br>AND ORDER |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiffs' Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 13th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge